Alexander MCLAREN;
et al., Appellants,

v.

Peter H. ARKISON; et al., Appellees.

No. 15-35849

United States Court of Appeals,
Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

Alexander McLaren, Pro Se

Thomas McLaren, Pro Se

Ruth Edwards, Pro Se

Peter H. Arkison, Esquire, Attorney,
Pro Se

Craig E. Cammock, Esquire, Attorney,
Skagit Law Group, Mount Vernon, WA,
for Appellees

Before: SCHROEDER, TASHIMA, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Alexander McLaren appeals pro se from
the district court's judgment dismissing for
failure to prosecute his appeal of a bank-
ruptcy court order. We have jurisdiction
under 28 U.S.C. § 1291. We review for an
abuse of discretion. *Al-Torki v. Kaempen*,
78 F.3d 1381, 1384 (9th Cir. 1996). We
affirm.

The district court did not abuse its dis-
cretion when it dismissed McLaren's ap-
peal for failure to prosecute because
McLaren had failed to file the opening
brief more than 17 months after the appeal
was filed. *See id.* at 1384-85 (discussing
factors to be considered before dismissing
a case for failure to prosecute); *Ferdik v.
Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.
1992) (although dismissal is a harsh penal-
ty, the district court's dismissal should not
be disturbed absent "a definite and firm
conviction" that it "committed a clear error
of judgment" (citations and internal quota-
tion marks omitted)). Contrary to McLar-
en's contention, the district court did not
abuse its discretion when it denied his
untimely motion for an extension of time to
file the opening brief because McLaren
failed to establish extraordinary circum-
stances. *See Ahanchian v. Xenon Pictures,
Inc.*, 624 F.3d 1253, 1258-62 (9th Cir. 2010)
(setting forth standard of review and fac-
tors to be considered before denying an
untimely motion for an extension of a
deadline).

The district court did not abuse its dis-
cretion when it denied McLaren's motion
for reconsideration because McLaren
failed to demonstrate any grounds for re-
lief. *See Sch. Dist. No. 1J, Multnomah
Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255,
1262 (9th Cir. 1993) (setting forth standard
of review and identifying circumstances
when reconsideration is appropriate).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.